IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Baron Dupree Davis,<br><br>    Plaintiff,<br><br>v.<br><br>B. Morelos, et al.,<br><br>    Defendants. | No. CV-24-01973-PHX-SHD (DMF)<br><br>**ORDER** |

  Pending before the Court is the Report and Recommendation ("R&R") from Magistrate Judge Deborah M. Fine, (Doc. 49), recommending that the Court deny Plaintiff's Request for Leave to Amend Complaint, (Doc. 34). No objections to the R&R have been filed and the deadline to file has expired. The R&R advised Plaintiff:

> The parties shall have fourteen days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. The parties shall have fourteen days within which to file responses to any objections. Failure to file timely objections to the Magistrate Judge's Report and Recommendation may result in the acceptance of the Report and Recommendation by the District Court without further review. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

(Doc. 49 at 11.)

  This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). As the R&R indicated, it is "clear that the district judge must review the magistrate judge's findings and

recommendations de novo if objection is made, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"); *Klamath Siskiyou Wildlands Ctr. v. U.S. Bureau of Land Mgmt.*, 589 F.3d 1027, 1032 (9th Cir. 2009) (the district court "must review de novo the portions of the [Magistrate Judge's] recommendations to which the parties object."). District courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (emphasis added); *see also* 28 U.S.C. § 636(b)(1) ("[T]he court shall make a *de novo* determination of those portions of the [report and recommendation] to which objection is made.").

No objections having been received,

**IT IS ORDERED** that the R&R (Doc. 49) is accepted. Plaintiff's Request for Leave to Amend Complaint, (Doc. 34), is DENIED.

Dated this 10th day of July, 2025.

_____
Honorable Sharad H. Desai
United States District Judge